No. 00–8953. IN RE DECARO;

No. 00–8986. IN RE NANCE; and

No. 00–9066. IN RE MCCOWIN. Petitions for writs of habeas corpus denied.

No. 00–8454. IN RE LUNDAHL;

No. 00–8561. IN RE STEVENS; and

No. 00–8812. IN RE WHITE. Petitions for writs of mandamus denied.

No. 00–8714. IN RE JEFFS. Petition for writ of mandamus and/or prohibition denied.

No. 00–1089. TOYOTA MOTOR MANUFACTURING, KENTUCKY, INC. v. WILLIAMS. C. A. 6th Cir. Motion of National Association of Manufacturers for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 00–1250. US AIRWAYS, INC. v. BARNETT. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 00–9285. MICKENS v. TAYLOR, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Did the Court of Appeals err in holding that a defendant must show an actual conflict of interest and an adverse effect in order to establish a Sixth Amendment violation where a trial court fails to inquire into a potential conflict of interest about which it reasonably should have known?" The stay shall terminate upon the sending down of the judgment of this Court.

No. 00–746. MICHIGAN ET AL. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.